# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN BARTOLI,** : | |
| : | **CIVIL ACTION NO. 3:13-0724** |
| **Plaintiff** | |
| : | |
| v. | **(JUDGE MANNION)** |
| : | |
| **NOVARTIS PHARMACEUTICALS CORPORATION,** : | |
| **Defendant** : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendant's motion to exclude specific causation testimony, (Doc. 159), is **DISMISSED IN PART, GRANTED IN PART, AND DENIED IN PART.** Defendant's motion is **DISMISSED** as moot as to Drs. Adonizio, Bruno, Decker, Falcone, Rybka, and Specter. Defendant's motion is **GRANTED** as to the specific causation testimony of Dr. Timothy Atkinson. Defendant's motion is **DENIED** as to specific causation testimony of Dr. Arthur Meyer, Dr. Robert Marx, and Dr. Diane Stern.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 17, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0724-01-order.wpd